# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| UNITED STATES OF AMERICA | § § § | |
|---|---|---|
| v. | § § § | NO. 9:19-CR-33-RC |
| TRAVIS WADE ELLIS | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zach Hawthorn, United States Magistrate Judge, for consideration of pretrial matters. Judge Hawthorn previously ordered that Defendant, Travis Wade Ellis, undergo a mental examination to determine his competency to stand trial pursuant to 18 U.S.C. § 4241. [Dkt. #24]. After conducting a hearing on February 3, 2020 to address the examiner's findings, Judge Hawthorn filed his Report and Recommendation on the Defendant's Competency to Stand Trial [Dkt. #34]. Judge Hawthorn concluded that Mr. Ellis is competent to stand trial under 18 U.S.C. § 4241.

The parties have not objected to the magistrate's findings and recommendation. The court concludes that the Report and Recommendation on the Defendant's Competency to Stand Trial should be accepted. The court **ORDERS** that the Report and Recommendation on Defendant's Competency to Stand Trial [Dkt. #34] of the United States Magistrate Judge is **ADOPTED**. The court further **ORDERS** and **FINDS**, in accordance with the magistrate's recommendation and the examiner's report, that Defendant is competent to stand trial pursuant to Title 18, United States Code, Section 4241.

So **ORDERED** and **SIGNED** February 14, 2020.

_____
Ron Clark, Senior District Judge

1